**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

RHONDAE QUIN'LEY, PLAINTIFF

V. NO. 2:05CV190-P-D

CORRECTIONS CORPORATION OF
AMERICA, et al., DEFENDANTS

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Plaintiff, an inmate, brings this complaint pursuant to 42 U.S.C. § 1983 complaint. Plaintiff complained that Defendants had interfered with and failed to accommodate his religious needs because certain services were not scheduled. Magistrate Judge Jerry A. Davis filed a Report and Recommendation on September 22, 2006, recommending summary judgment be entered in favor of all Defendants. On October 4, 2006, Plaintiff filed an Objection to the Report and Recommendation.

The court finds that Plaintiff's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the Plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

3) all claims and Defendants are DISMISSED; and

4) this case is CLOSED.

SO ORDERED, this the 22nd day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE